UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CSX TRANSPORTATION, INC.**<br>500 Water Street<br>Jacksonville, Florida 32202<br><br>   Plaintiff,<br><br>   v.<br><br>**M/V WAWASAN RUBY,**<br>her engines, apparel, tackle, boats,<br>appurtenances, etc., <u>in rem</u>,<br><br>   and<br><br>**TRIO HAPPINESS, S.A.**<br>Calle 51Y Avenida<br>Federico Boyd No 20<br>Panama 5<br>Panama City, in personam<br><br>   Defendants. | Case No. RDB-12-2551<br><br>IN ADMIRALTY |

### ORDER FOR ISSUANCE
### OF WARRANT FOR MARITIME ARREST

Upon reading the Verified Complaint, an application for issuance of warrant of maritime arrest and supporting papers, and the Court finding that the conditions for an action <u>in rem</u> under Supplemental Admiralty Rule C appear to exist, it is hereby

ORDERED that the Clerk shall issue a warrant of maritime arrest as prayed for in the Complaint; and it is further

ORDERED that any person claiming an interest in the property arrested pursuant to said order shall, upon application to the Court be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the warrant of maritime arrest.

Dated this 26 day of August, 2012.

/s/ Catherine C. Blake/cag
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 8-26-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By Claudia Gibson, Deputy