UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CSX TRANSPORTATION, INC.<br>500 Water Street<br>Jacksonville, Florida 32202<br><br>      Plaintiff,<br><br>      v.<br><br>M/V WAWASAN RUBY,<br>her engines, apparel, tackle, boats,<br>appurtenances, etc., <u>in rem</u>,<br><br>      and<br><br>TRIO HAPPINESS, S.A., <u>in personam</u><br>Calle 51Y Avenida<br>Federico Boyd No 20<br>Panama 5<br>Panama City<br><br>      Defendants. | Case No. RDB-12-2551<br><br>IN ADMIRALTY |

### ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Upon reading the verified Complaint for issuance of process of maritime attachment and garnishment and the affidavit attached thereto, the court finds that the conditions set forth in Supplemental Admiralty Rule B appear to exist, and it is this 26th day of August, 2012, by the United States District Court for the District of Maryland.

ORDERED that the Clerk shall issue process of maritime attachment and garnishment as prayed for in the Complaint;

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall be entitled upon application to the court, to a prompt hearing at

which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or any other relief granted; and it is further

ORDERED that a copy of this Order be attached to and served with the said process of maritime attachment and garnishment.

Dated this 26 day of AUGUST, 2012.

/S/ CATHERINE C. BLAKE/eag
_____
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 8-26-12
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK U.S DISTRICT COURT
DISTRICT OF MARYLAND

By _Claudia Gibson_ Deputy