IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| CSX TRANSPORTATION, INC., | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 12-CV-2551 (RDB) |
| M/V WAWASAN RUBY, *in rem*, and TRIO HAPPINESS, S.A., *in personam* | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \*

## STATEMENT OF INTEREST AND ENTRY OF RESTRICTED APPEARANCE

Trio Happiness, A.S., by Geoffrey S. Tobias, one of its attorneys, states that it is the Owner of the vessel known as M/V WAWASAN RUBY, her engines, etc., as the same are proceeded against at instance of CSX Transportation, Inc., plaintiff.

WHEREFORE, it enters its restricted appearance in accordance with Supplemental Rule E(8) and prays to defend its interest in the vessel.

I am duly authorized to make this statement of interest and restricted appearance on behalf of the Owner. I declare under the penalties of perjury that the foregoing is true and correct. Executed on August 27, 2012.

/s/
Geoffrey S. Tobias, Bar No. 00301
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
100 Light Street
Baltimore, MD 21202
(410) 347-7339
*Attorneys for Defendants*

2529468