FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 28 2012

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CSX TRANSPORTATION, INC.**<br>500 Water Street<br>Jacksonville, Florida 32202<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**M/V WAWASAN RUBY,**<br>her engines, apparel, tackle, boats,<br>appurtenances, etc., <u>in rem</u>,<br><br>　　　　and<br><br>**TRIO HAPPINESS, S.A.**<br>Calle 51Y Avenida<br>Federico Boyd No 20<br>Panama 5<br>Panama City, <u>in</u> personam<br><br>　　　　Defendants. | Case No. 12-cv-02551-RDB<br><br>IN ADMIRALTY |

## ORDER APPROVING SECURITY AND RELEASE OF VESSEL

Upon review of the parties' Joint Stipulation for Order Approving Security and for Release of Vessel, it is this 27th day of August, 2012, in the United States District Court for the District of Maryland:

ORDERED, that the Letter of Undertaking provided on behalf of the M/V WAWASAN RUBY is approved as to form and amount; and it is further

ORDERED, that the vessel M/V WAWASAN RUBY is released from all arrests and attachments.

August 27, 2012                                   /s/ R.D. Bennett
Date                                                  Clerk